1042

No. 93–595. POINTER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–605. ESTATE OF SMITH, BY AND THROUGH ITS PERSONAL REPRESENTATIVE, JORDAN, ET AL. v. CITY OF HOLLYWOOD ET AL. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 93–606. KRUG v. VALLEY FIDELITY BANK & TRUST CO. ET AL. C. A. 6th Cir. Certiorari denied.

No. 93–614. JONES v. WILSON ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–640. STUMPF v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 93–642. FISHER v. RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY. C. A. 3d Cir. Certiorari denied.

No. 93–650. HOLLAND ET UX. v. JOHN DEERE CO. ET AL. C. A. 10th Cir.

No. 93–652. BLAKEMAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–653. EVERETT ET AL. v. AMERICAN CENTRAL GAS COS., INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–656. GAS UTILITIES COMPANY OF ALABAMA, INC. v. SOUTHERN NATURAL GAS CO. ET AL. C. A. 11th Cir. Certiorari denied.

No. 93–660. HIRSH v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.